■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NASSER TAHER, Appellant. [620 NYS2d 980] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Patterson, J.), rendered May 6, 1993, convicting him of criminal possession of a weapon in the second degree, criminal possession of a weapon in the third degree, assault in the second degree, and reckless endangerment in the second degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

We disagree with the appellant's contention that he was denied the effective assistance of counsel. A review of the record indicates that defense counsel pursued a viable defense strategy which, although not successful, constituted meaningful representation *(see, People v Baldi,* 54 NY2d 137).

The defendant's sentence is not excessive *(see, People v Suitte,* 90 AD2d 80). Ritter, J. P., Copertino, Friedmann and Florio, JJ., concur.